

# Surface Transportation Board
## Washington, D.C. 20423-0001

I, Jose Rivera, of the Surface Transportation Board (Board), do hereby certify that the attached document index is a true representation of the formal filings and Board issuances docketed in the proceeding identified as: *Grafton and Upton Railroad Company—Petition for Declaratory Order*, Docket No. FD 36464. Collectively, the documents listed on the attached document index represent the formal record as of this date in said proceeding, and are publicly available on the Surface Transportation Board website at https://www.stb.gov/proceedings-actions/.

IN WITNESS WHEREOF, this 31st day of March, 2025

_____/s/ Jose Rivera_____

Jose Rivera
Surface Transportation Board

| Document ID | Filed Date/ Served Date | Filed By/Decided By | Filed For/Decided For | Document Type |
|---|---|---|---|---|
| 301307 | 11/23/2020 | James E. Howard | Grafton and Upton Railroad Company | Petition for Declaratory Order |
| 301329 | 12/1/2020 | Peter F. Durning | Town of Hopedale, Mass. | Notice of Intent to Participate (Without Comment) |
| 301335 | 12/4/2020 | James E. Howard | Grafton and Upton Railroad Company | Motion to Hold Proceeding in Abeyance |
| 50552 | 12/7/2020 | Director of Proceedings | The Board | DECISION: HELD THIS PROCEEDING IN ABEYANCE AND ORDERED GRAFTON AND UPTON RAILROAD COMPANY TO FILE A STATUS REPORT BY JANUARY 29, 2021. |
| 301544 | 1/28/2021 | James E. Howard | Grafton and Upton Railroad Company | Status Report |
| 50630 | 2/2/2021 | Director of Proceedings | The Board | DECISION: ORDERED GRAFTON AND UPTON RAILROAD COMPANY TO FILE A STATUS REPORT BY FEBRUARY 24, 2021. |
| 301631 | 2/16/2021 | James E. Howard | Grafton and Upton Railroad Company | Motion to Dismiss Proceeding |
| 50646 | 2/18/2021 | Director of Proceedings | The Board | DECISION: GRANTED A MOTION TO DISMISS THIS PROCEEDING. |
| 308172 | 4/10/2024 | John M. Scheib | Grafton and Upton Railroad Company | Petition to Reopen Proceeding |
| 308278 | 4/30/2024 | Charles A. Spitulnik | Town of Hopedale, Mass. | Reply to Motion to Reopen and Reply to Petition for Declaratory Order |
| 308306 | 5/13/2024 | John M. Scheib | Grafton and Upton Railroad Company | Response to the April 30, 2024 Filing by Town of Hopedale, Mass. |
| 308434 | 6/28/2024 | Charles A. Spitulnik | Kaplan Kirsch LLP | Notice of Change to Law Firm Name |

| 52210 | 12/18/2024 | Entire Board | The Board | DECISION:  REOPENED THIS PROCEEDING AND DENIED A PETITION FOR DECLARATORY ORDER FILED BY GRAFTON AND UPTON RAILROAD COMPANY SEEKING A DETERMINATION THAT FEDERAL LAW PREEMPTS EFFORTS BY THE TOWN OF HOPEDALE, MASS. TO PURSUE REMEDIES UNDER STATE AND LOCAL LAW RELATED TO GRAFTON & UPTON'S ACQUISITION OF CONTROL AND USE OF CERTAIN REAL PROPERTY IN THE TOWN |
|---|---|---|---|---|
| 52477 | 2/14/2025 | The Board | The Board | NOTICE OF COURT ACTION:  PROVIDED NOTICE THAT ON FEBRUARY 11, 2025, A COURT ACTION WAS INSTITUTED IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, SEEKING JUDICIAL REVIEW OF THE BOARD'S DECEMBER 18, 2024 DECISION IN THIS PROCEEDING. |

## CERTIFICATE OF SERVICE

I, Erik G. Light, hereby certify that on March 31, 2025, I electronically filed the foregoing **Certified Index** with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit using the CM/ECF system, causing all parties of record to be served electronically through the CM/ECF system.


March 31, 2025                    /s/ Erik G. Light
                                 Counsel for Surface Transportation Board
                                 395 E Street, S.W.
                                 Washington, D.C.  20043
                                 (202) 245-0270
                                 erik.light@stb.gov